This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**NEW MEXICO MEDICAL BOARD,**

Appellee-Respondent,

**v.**                                                    No. A-1-CA-36460

**WALTER RAY SEIDEL, JR., M.D.,**

Appellant-Petitioner.

**APPEAL FROM THE DISTRICT COURT OF LINCOLN COUNTY**
**Jerry H. Ritter Jr., District Judge**

Richard B. Word
Santa Fe, NM

for Appellee

Miguel Garcia
Alamogordo, NM

for Appellant

**MEMORANDUM OPINION**

**SUTIN, Judge.**

{1}     Appellant-Petitioner filed a petition for writ of certiorari, seeking review of disciplinary action taken by Appellee-Respondent. We granted the petition and issued

a calendar notice proposing to reverse and remand. Appellee-Respondent has filed a responsive memorandum indicating that it does not oppose our proposed summary disposition. Appellant-Petitioner has filed no response, and the deadline to do so has passed.

{2}     Accordingly, for the reasons previously stated in the notice of proposed summary disposition, we reverse and remand for further proceedings consistent with due process considerations.

{3}     **IT IS SO ORDERED.**


_____

**JONATHAN B. SUTIN, Judge**


**WE CONCUR:**


_____

**LINDA M. VANZI, Chief Judge**


_____

**JULIE J. VARGAS, Judge**